To: Mr. Abel Acosta

From: Mr. Samuel Prophet Davis

Date: 1·26·15

79,927-02,03,04

Mr. Acosta.

    I requested that you send me some paper work showing me every thing that has been filed for my 11.07 writ of habeas corpus. You sent me a docket sheet with said information. But this is my first time reading some thing like this and Im a little confused. My main question is. Is my cases still pending or are they dismissed so I can know how to go about this. Thank you for your time and patience.

                Sincerly,

                Samuel Prophet Davis

                Samuel Prophet Davis

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk